BEFORE THE SECOND DIVISION, MAY 4, 1939

**No. 41225.**—Protest 975716-G of Wilbur-Ellis Co. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise is the same as that passed upon in Amerlux v. United States (20 C. C. P. A. 238, T. D. 46039). The claim as steel angles at one-fifth of 1 cent per pound under paragraph 312 was therefore sustained.

BEFORE THE THIRD DIVISION, MAY 4, 1939

**No. 41226.**—Protest 939296-G of W. J. Byrnes & Co. of N. Y., Inc. (New York).

Opinion by CLINE, J. The protest was submitted without the introduction of testimony in support of the claims made. On the record presented the protest was overruled.

**No. 41227.**—Protest 817623-G of Tris Speaker, Inc. (Cleveland).

Opinion by CLINE, J. No evidence was offered in support of the claims made. On the record presented the protest was overruled.

BEFORE THE THIRD DIVISION, MAY 5, 1939

**No. 41228.**—Protests 946830-G, etc., of L. A. Salomon & Bro. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of ground silica similar to that the subject of Salomon v. United States (C. D. 68). The claim for free entry under paragraph 1775 was therefore sustained.

**No. 41229.**—Protests 948690-G, etc., of Panos & Millonis et al. (Baltimore).

Opinion by KEEFE, J. It was stipulated that the merchandise is similar to that the subject of Abstract 39125. The claim that the olives are dutiable on their net weight exclusive of the weight of the oil and vinegar in which they were packed was therefore sustained.

**No. 41230.**—Protest 967657-G of General Aniline Works (New York).

Opinion by KEEFE, J. In accordance with the report of the surveyor that there was an error in the weight returned by the weigher, the protest was sustained.